FILED
10/03
AUG 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Robert F. Kennedy Memorial Ctr. )
)
Plaintiff )
vs )  Civil Action
US Dof Treasury )
)
Defendant )

CASE NUMBER 1:06CV01437

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/15/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Robert F. Kennedy Memorial Center for Human Rights__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Robert F. Kennedy Memorial Center for Human Rights__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Harold C. Bailey, Jr._
Signature

_Harold C. Bailey, Jr._
Print Name

384973
BAR IDENTIFICATION NO.

1000 Potomac Avenue
Address

Washington, DC    20007
City     State    Zip Code

202-298-1784
Phone Number