UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert F. Kennedy Memorial Center For Human Rights,** | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Civil Action No. 06-1437 (RWR) |
| **U.S. Dept. of the Treasury** | )<br>)<br>) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/

HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334