UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert F. Kennedy**<br>**Memorial Center**<br>**For Human Rights,**<br><br>    **Plaintiff,**<br>        v.<br><br>**U.S. Dept. of the Treasury**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1437 (RWR)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT.**

The United States Department of Treasury (Treasury), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a two (2) week extension of time until October 4, 2006, within which to answer plaintiff's Complaint in the aforementioned action. At that time, Treasury will file a proposed scheduling order. The Treasury's pleading is currently due on September 21, 2006. Plaintiff, through counsel, consents to the filing of this motion.

Plaintiff filed this action pursuant to the Freedom of Information (FOIA), 5 U.S.C. § 552, *et seq.*, requesting various documents under the FOIA regarding loans approved by the Inter-American Development Bank to Haiti in July 1998. Granting this motion will not require the rescheduling of any other dates. Plaintiff is challenging the failure of Treasury to produce responsive documents. Defendant is requesting the additional time to investigate the basis of the complaint and to adequately confer with the client.

This request is made for good cause shown and not to cause undue delay of the proceedings.

        Respectfully submitted,

        /s/

---

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/

---

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/

---

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334