IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT F. KENNEDY MEMORIAL**<br>**CENTER FOR HUMAN RIGHTS** | )<br>)<br>)<br>) | |
| **Plaintiff,** | ) | |
| v. | )<br>) | Civil Action No. 06-01437 (RWR)<br>(Electronic Filing) |
| **UNITED STATES DEPARTMENT OF**<br>**THE TREASURY** | )<br>)<br>)<br>) | |
| **Defendant.** | )<br>) | |

**PROPOSED SCHEDULING ORDER**

It is hereby ordered that, if necessary, the defendant shall have until January 24, 2006, to file its Motion for Summary Judgment (Motion).

SO ORDERED.

_____
THE HONORABLE RICHARD W. ROBERTS
United States District Court Judge