IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No.06-1437(RWR) |

**PLAINTIFF'S REPORT PURSUANT TO ORDER FOR
INITIAL SCHEDULING CONFERENCE**

1.    This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552. Plaintiff seeks injunctive and other appropriate relief for the processing and release of agency records requested by plaintiff from the United States Department of Treasury.

2.    The parties agree that this case is a "FOIA actio[n]," and therefore, in accordance with Local Civil Rule 16.3(b)(9), is exempt from the requirements of Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Nevertheless, it is appropriate in a case such as this one for a scheduling order to be entered. Plaintiff hereby complies with the Court's Order, dated November 9, 2006, by submitting the following report. Defendant has declined to join this report.

3.    Plaintiff has made a good faith effort to collaborate with defendant in reaching a compromise regarding the scheduling of case management and submissions of pleadings. Notwithstanding this effort, the parties have been unable to reach an agreement regarding what documents are to be produced, when a "Vaughn Index" will be produced and when motions and opposition papers will be filed, if necessary. Accordingly, plaintiff hereby requests the entry of its

Proposed Scheduling Order, thereby obviating the need for the scheduling conference, currently scheduled for December 8, 2006.

4.  Plaintiff believes that this case can be resolved by summary judgment, following defendant's processing and release of agency records requested by plaintiff.

5.  Plaintiff hereby requests that the Court order the following schedule for production of a "Vaughn Index" and responsive records in the possession, custody and control of defendant:

(a)  Defendant shall produce the records requested in plaintiff's Amended and Restated FOIA Request (#03-09-010) every Friday, on a rolling basis, commencing December 8, 2006 through and including January 19, 2007, excepting December 22, 2006.

(b)  Defendant shall produce an index identifying each record produced and the individual plaintiff's request to which each record is responsive.

(c)  Defendant shall produce a Vaughn Index of withheld records that describe each record or withholding, correlating each exemption claimed with the record or portion to which it applies. *See Vaughn v. Rosen (I),* 484 F.3d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974). Defendant shall produce such Vaughn Index on a rolling basis in accordance with the production schedule outlined above. Notwithstanding the production schedule, discussed *supra*, the entire Vaughn Index shall be produced no later than January 10, 2007.

(d)  Defendant shall ensure that all electronic records that are produced, including but not limited to e-mail and documents stored on computer hard drives, will be provided in an easily readable form, including all metadata and hidden text.

(e)  Defendant shall identify any responsive records that have been destroyed or otherwise not preserved for the time period that is the subject of plaintiff's request, the dates such responsive records were destroyed or disposed of, the reasons why such records were destroyed or disposed of, and the person(s) responsible for the destruction or disposal of such records, if any.

6. Plaintiff hereby requests that the Court order the following schedule for briefing and consideration of summary judgment motions and opposition papers; to the extent there remain matters in controversy following completion of record production:

(a) Defendant shall have until January 24, 2007 to file any motion for summary judgment;

(b) Plaintiff shall file papers and memoranda in opposition to any such motion, and any cross-motion for summary judgment, not later than March 9, 2007;

(c) Defendant shall file reply papers and memoranda in support of its motion not later than April 9, 2007;

(d) If plaintiff files a cross-motion for summary judgment, plaintiff shall file reply papers and memoranda in support of its cross-motion not later than May 9, 2007; and

(e) Plaintiff requests that the Court set this matter down for oral argument as soon thereafter as may be convenient.

7. At any point during the above-referenced timeline, if the parties mutually agree that all relevant records have been produced, the parties shall file a motion for vacation of the briefing schedule and dismissal of the above-captioned proceeding.

                Respectfully Submitted,

/s/ Harold G. Bailey, Jr._____
Harold G. Bailey, Jr. (D.C. Bar 384973)
Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

Attorney for Plaintiff

Dated: December 1, 2006
       Washington, D.C.