IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIGHTS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.06-1437(RWR) |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

Upon consideration of the Report filed by the plaintiff pursuant to this Court's Order for Initial Scheduling Conference, it is hereby

ORDERED that the Initial Scheduling Conference, scheduled for December 8, 2006, is cancelled; and it is further

ORDERED that the following schedule is established for defendant's production of indices and records:

(a) Defendant will produce the records requested in plaintiff's Amended and Restated FOIA Request (#03-09-010) every Friday, on a rolling basis, commencing December 8, 2006 through and including January 19, 2007, excepting December 22, 2006.

(b) Defendant will produce an index identifying each record produced and the individual plaintiff's request to which each record is responsive.

(c) Defendant will produce a "Vaughn Index" of withheld records that describe each record or withholding, correlating each exemption claimed with the record or portion to which it applies. *See Vaughn v. Rosen (I),* 484 F.3d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974). Defendant shall produce such Vaughn Index on a rolling basis in accordance with the production schedule set forth above. Notwithstanding the production schedule, discussed *supra*, the entire Vaughn Index will be produced no later than January 10, 2007.

(d) All electronic records that are produced, including but not limited to e-mail and documents stored on computer hard drives, will be provided in an easily readable form, including all metadata and hidden text.

(e) Defendant will identify any responsive records that have been destroyed or otherwise not preserved for the time period that is the subject of plaintiff's request, the dates such responsive records were destroyed or disposed of, the reasons why such records were destroyed or disposed of, and the person(s) responsible for the destruction or disposal of such records, if any.

ORDERED that the following schedule is established for briefing and consideration of motions for summary judgment and opposition papers; to the extent there remain matters in controversy following completion of record production:

(a) Defendant shall have until January 24, 2007 to file any motion for summary judgment;

(b) Plaintiff shall file papers and memoranda in opposition to any such motion, and any cross-motion for summary judgment, not later than March 9, 2007;

(c) Defendant shall file reply papers and memoranda in support of its motion not later than April 9, 2007;

(d) If plaintiff files a cross-motion for summary judgment, plaintiff shall file reply papers and memoranda in support of its cross-motion no later than May 9, 2007; and

(e) This matter will be set down for oral argument as soon thereafter as may be convenient.

                                                        _____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006
    Washington, D.C.