IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL )<br>CENTER FOR HUMAN RIGHTS )<br>)<br>)<br>     **Plaintiff,** )<br>  v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE TREASURY )<br>)<br>)<br>     **Defendant.** )<br>) | Civil Action No. 06-01437 (RWR)<br>(Electronic Filing) |

**DEFENDANT'S NOTICE TO THE COURT
REGARDING RULE 16.3 REPORT WITH ATTACHMENTS**

    1.  This is an action under the Freedom of Information Act (FOIA), 5 U.S.C § 552.

    2. On November 22, 2006, this Court entered an order setting an Initial Scheduling Conference for December 8, 2006, and requiring a joint LCvR 16.3 report due five business days prior to the December 8, 2006 date.  SEE PACER DKT. #7.

    3.  Pursuant to LCvR 16.3, FOIA actions are exempt under Rule 16.3.  The parties had previously agreed to a date upon which the Defendant is to file its motion for summary judgment.  SEE Defendant's Amended Answer to Complaint with Proposed Scheduling Order attached, detailing the date upon which its Motion For Summary Judgment would be filed.  That agreed upon date is January 24, 2007.  SEE PACER DKT. # 6.

    4.  That the Defendant has already made a search of records and in September and October released non-exempt documents to the Plaintiff pursuant to its FOIA request.  That the parties have, in fact, conferred about the Defendant's remaining search.  In addition, on November 28, 2006, defendant proposed a schedule for an additional search and the rolling release of any remaining non-exempt documents, pursuant to 5 U.S.C. § 552(b).  SEE Exhibit A, attached hereto.  Plaintiff has no objection to the schedule as proposed.

    5.  That the Defendant proposes to submit an index with any subsequent release that it makes.  SEE Exhibit A.

    6.  That, if necessary, the Defendant intends to file its Motion for Summary Judgment on January 24, 2007.

     WHEREFORE, Defendant requests this Court to enter dates for the filing of its motion for summary judgment on January 24, 2007; the opposition and any cross-motion by March 9, 2007; the reply and opposition to any cross motion by April 9, 2007; and any reply to the opposition to cross-motion for summary judgment by May 9, 2006.  SEE Exhibit B, Proposed Briefing Schedule, attached.

                                         Respectfully submitted,

                                           /s/
                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                         United States Attorney

                                           /s/
                                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                                         Assistant United States Attorney

                                           /s/
                                         HEATHER GRAHAM-OLIVER
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 4th Street, N.W. - Civil Division
                                         Rm. 4-4808
                                         Washington, D.C.  20530
                                         (202) 305-1334