U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*


December 1, 2006

VIA ELECTRONIC TRANSMISSION


Ms. Amy Morton
Garvey, Schubert, Barer
Flour Mill Building
Fifth Floor
1000 Potomac Street, NW
Washington, DC 20007-3501

RE: <u>RFK Memorial v. Department of the Treasury</u><br>Civ. Act. No. 06-1437 (RWR)

Dear Ms. Morton:

  As per our telephone conversation of Wednesday, November 28, 2006, the Department of the Treasury has agreed to cause an additional search to be made for the records requested in plaintiff's Amended and Restated FOIA Request (#03-09-010).  To the extent that additional records are discovered as a part of its search, the Department of the Treasury will determine what, if any, exemptions apply to those records, in whole or in part, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b), and release the non-exempt portions on a rolling basis on each Friday, commencing December 8, 2006, excepting December 22, 2006, through and including, if necessary, January 19, 2007.

  Defendant agrees to produce an index identifying each record produced, the exemption claimed, if any, on each document and the individual plaintiff's request to which the record is responsive.  This index will be produced on a rolling basis in accordance with the production schedule set forth above.

If necessary, Defendant intends to file its Motion for Summary Judgment on January 24, 2006.

        Very truly yours,

        KENNETH L. WAINSTEIN
        United States Attorney


By:    _____
       HEATHER D. GRAHAM-OLIVER