IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL ) <br> CENTER FOR HUMAN RIGHTS ) <br> ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE TREASURY ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-01437 (RWR) <br> (Electronic Filing) |

## DEFENDANT'S PROPOSED BRIEFING SCHEDULE

It is hereby ordered that, if necessary, the Defendant shall have until January 24, 2006, to file its Motion for Summary Judgment (Motion). The Plaintiff's opposition and any cross-motion shall be filed no later than March 9, 2007; The Defendant's reply and opposition to any cross motion on April 9, 2007; and if Plaintiff files a cross-motion for summary judgment, any reply to the Defendant's Opposition shall be filed on May 9, 2006.

SO ORDERED.

_____
THE HONORABLE RICHARD W. ROBERTS
United States District Court Judge