A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROBERT F. KENNEDY MEMORIAL
CENTER FOR HUMAN RIGHTS,  )
       Plaintiff(s)  )   **APPEARANCE**
  )
  )
       vs.  )   CASE NUMBER  CV No. 06-1437 (RWR)
U.S. DEPART OF TREASURY,  )
  )
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Robert A.W. Boraks, Esq.   as counsel in this
                             (Attorney's Name)

case for:  Robert F. Kennedy Memorial Center for Human Rights
                  (Name of party or parties)

December 5, 2006
Date                                   Signature

                                    Robert A.W. Boraks, Esq.

72132                                 Print Name
BAR IDENTIFICATION            Garvey Schubert Barer
                                    1000 Potomac Street, N.W., Ste 500
                                    Address

                                    Washington, D.C.  20007
                                    City        State        Zip Code

                                    (202) 965-7880
                                    Phone Number