UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT F. KENNEDY MEMORIAL** ) <br> **CENTER FOR HUMAN RIGHTS** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **THE TREASURY** ) <br> ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 06-1437 (RWR) <br> (Electronic Filing) |

### DEFENDANT UNITED STATES OF AMERICA'S CONSENT
### MOTION FOR AN EXTENSION OF TIME
### TO FILE ITS MOTION FOR SUMMARY JUDGMENT

Defendant, United States Department of the Treasury, by and through its undersigned attorneys, hereby respectfully requests an enlargement of time, up to and including January 31, 2007 to file its motion for summary judgment in this FOIA matter. Plaintiff, through counsel, consents to this motion.

According to this Court's Order dated December 21, 2006, the Defendant was to file its dispositive motion on January 24, 2007. Defendant is requesting a one week extension of time to file that motion until January 31, 2007. The Defendant has produced over One Thousand pages to the Plaintiff as well as a Vaughn index. Defendant now is tasked with writing Declarations, which will substantiate the search and validate the Vaughn index. In addition, the agency has been awaiting a letter from an outside entity regarding one of its exemptions. That letter was delivered to the agency on today's date.

Because the last rolling production of documents took place on Friday, January 19, 2006,

the Defendant requests this additional time to complete its declarations.

In addition, undersigned counsel's time has been limited due to other litigation responsibilities. Counsel's time has been circumscribed by the preparation of witnesses for trial in the case, Jeanne Simpson v. Tommy G. Thompson, Civ. Act. No. 03-1123 (PLF), in the United States District Court for the District of Columbia. In addition, counsel has been involved in an ongoing subpoena matter concerning testimonial and documentary evidence directed to the Department of Education in, In Re Apollo Group Securities Litigation, 06-MC-0558 (CKK), and the filing of an opposition to a motion to compel in Apollo on January 19, 2006; counsel also had primary responsibility for an oral argument in Vanessa Bailey v. John Potter, 05-5454 on January 16, 2007, in the Circuit Court of Appeals; and the preparation of witnesses for depositions in Thomas Kalil v. Veneman, Civ. Act No. 01-2194 (RJL), on January 16 and 18, 2007; as well as filing an answer in Robinson v. Dept. of Veterans Affairs, Civ. Act. No. 06-1118 (EGS) on January 23, 2007. In spite of working on weekends to process the documents and create a Vaughn index, defendant is requesting the additional time to prepare the declarations and to file its dispositive motion.

Accordingly, defendant respectfully requests that it be allowed up to and including Wednesday, January, 31, 2007, to file its dispositive motion. See attached order.

                                        Respectfully submitted,

                                        /s/

                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



_____/s/
                                   _____
                                   HEATHER D. GRAHAM-OLIVER
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 4th St., N.W.
                                   Washington, D.C. 20530
                                   (202) 305-1334