UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT F. KENNEDY MEMORIAL**<br>**CENTER FOR HUMAN RIGHTS**<br><br>**Plaintiff,**<br>v.<br><br>**UNITED STATES DEPARTMENT OF**<br>**THE TREASURY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-01437 (RWR)<br>(Electronic Filing) |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file Motion for Summary Judgment on January 31, 2007 and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

FURTHER ORDERED:

| | |
|---|---|
| Plaintiff's Opposition and cross-motion is due | March 2, 2007 |
| Defendant's opposition and reply is due | April 2, 2007 |
| Plaintiff's reply | April 12, 2007 |

_____
**UNITED STATES DISTRICT JUDGE**