

# ROBERT F. KENNEDY MEMORIAL

Center for Human Rights • RFK Fellows Program • RFK Book Award • RFK Human Rights Award • RFK Journalism Awards

Alana Johnson
Disclosure Officer
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W. Room 1054
Washington, D.C. 20220
Fax number: (202) 622-3895

August 25, 2003

     Re:    Freedom of Information Act Request

Dear Ms. Johnson:

     This is a request for documents under the Freedom of Information Act, 5 U.S.C. Sec. 552. The Robert F. Kennedy Memorial Center for Human Rights requests that the Department of Treasury provide the following information from its records, from July 1, 1998 to the present:

    1.    Memoranda, emails, meeting minutes and any other records and documents between the U.S. Department of Treasury, and the Inter-American Development Bank (IDB), including its Board of Executive Directors, President, and U.S. Executive Director regarding the loans to Haiti which were approved by the IDB in July 1998 (IDB loans).

    2.    Memoranda, emails, meeting minutes and any other records and documents between any agent of the U.S. Department of Treasury, and any agent of the Government of Haiti regarding the IDB loans to Haiti.

    3.    Memoranda, emails, meeting minutes and any other records and documents between any agent of the U.S. Department of Treasury and any health or water and sanitation organization in Haiti which would have benefited from the IDB loan disbursements.

    4.    Memoranda, emails, meeting minutes and any other records and documents relating to discussions between the U.S. Executive Director to the IDB and the President of the IDB relating to the IDB loan to Haiti.

    5.    Memoranda, emails, meeting minutes and any other records and documents relating to all internal discussions within the U.S. Department of Treasury concerning the IDB loans to Haiti.

6. Memoranda, emails, letters, meeting minutes and any other records and documents relating to discussions and correspondence between the U.S. Department of Treasury, the U.S. Executive Director to the IDB, and the President of the IDB regarding relations with Haiti and the IDB loans to Haiti.

7. Memoranda, emails, letters, meeting minutes and any other records and documents relating to discussions and correspondence between the U.S. Department of Treasury, the U.S. Executive Director to the IDB, and the President of the IDB regarding the IDB loans to Haiti.

8. Memoranda, emails, letters, meeting minutes and any other records and documents relating to discussions between the U.S. Department of Treasury and the IDB, including its President, Board of Executive Directors, and its U.S. Executive Director regarding the IDB's policies and internal regulations over the loan disbursement to Haiti.

9. Memoranda, emails, letters, meeting minutes and any other records and documents relating to discussions between the U.S. Department of Treasury, the U.S. Department of State and the Organization of American States regarding policies towards Haiti.

This request is made by the Robert F. Kennedy Memorial Center for Human Rights, a non-profit, public interest organization, organized as a 501(c)(3). This request is made as part of our ongoing pro bono work to promote human rights in Haiti. As such, we request a waiver of all fees for this request.

We would like to have the documents as soon as possible. Please forward to us a partial production of any documents as they become available, rather than wait until your search is completed. Please contact me if there is anything else we can do to expedite production of the documents.

If you have any questions about the specific information we are seeking, please contact me at 202-463-7575 ext. 228.

Thank you for your prompt attention to this matter.

Sincerely,

Monika Kalra Varma
Legal and Program Officer
Robert F. Kennedy Memorial
Center for Human Rights