



# DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

September 16, 2003

Re: 03-09-010

Ms. Monika Kalra Varma
Robert F. Kennedy Memorial Center
  for Human Rights
1367 Connecticut Ave., NW., Suite 200
Washington, DC 20036

Dear Ms. Varma:

Your Freedom of Information Act (FOIA) request dated August 25, 2003, was received by this office.

Every effort will be made in Departmental Offices to provide you with a timely response.

Further inquiries concerning this request should make reference to the identification number at the top of this letter and should be faxed to 202/622-3895 or mailed to:

> FOIA/PA Request
> Disclosure Services
> Department of the Treasury
> Washington, DC 20220

Sincerely,

Alana Johnson
Chief, Disclosure Services