

# ROBERT F. KENNEDY MEMORIAL

Center for Human Rights · RFK Fellows Program · RFK Book Award · RFK Human Rights Award · RFK Journalism Awards

Alana Johnson
Disclosure Officer
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W. Room 1054
Washington, D.C. 20220
Fax Number: (202) 622-3895

September 23, 2003

Re:   Amendment to Attached FOIA Request (#03-09-010)

Dear Ms. Johnson:

This is a request for documents pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552. This request is in addition to the request made by our organization, the Robert F. Kennedy Memorial Center for Human Rights ("RFK Memorial"), on August 25, 2003. (The August 25, 2003 request is attached for your reference and convenience.)

The RFK Memorial hereby requests that the Department of the Treasury and its affiliated government agencies or independent contractors, provide all documents pertaining to loans approved by the Inter-American Development Bank ("IDB") to Haiti in July 1998. Specifically, we request the following (please note that document numbers and references are to IDB documents, unless otherwise specified):

1. Copies of the 1998 signed loan agreements between the Haitian Government and the IDB.

2. Copies of the 1998 loan documents as ratified by the Haitian Government in December 2000.

3. Memoranda, emails, meeting minutes and any other records and documents specifying the location of specific Unités Communales de Santé [Community Health Unions] and pre-Unités Communales de Santé [pre-Community Health Unions] within the North, Northwest, Artibonite, and Centre departments of Haiti.

4. Memoranda, emails, meeting minutes and any other records and documents showing debate or discussion about the location of the Unités Communales de Santé.

5.  Memoranda, emails, meeting minutes and any other records and documents stating which medicines are considered "essential medicines" as discussed in the health loan agreement. This should include any memoranda, emails, meeting minutes and any other records and documents that make reference to Annex I (HA-0045) to the Simplified Procedure Proposal for a loan for reorganization of the national health system, Phase I (PR-2308).

6.  Memoranda, emails, meeting minutes and any other records and documents relating to and including the technical files or implementation plans of the health loans to Haiti. This should include the following documents and references:

    a.  regarding and including information about the content and format of Unités Communales de Santé plans regarding the proposed population covered, services provided, etc. This should include any memoranda, emails, meeting minutes and any other records and documents that mention Section 3.18 of the Simplified Procedure Proposal for a loan for reorganization of the national health system, Phase I (PR-2308).

    b.  Memoranda, emails, meeting minutes and any other records and documents from the technical files regarding and including the Institutional Evaluation of the Ministère de la Santé Publique et de la Population [Public Health and Population Ministry] and the Training Needs Study, mentioned in Section 3.27 of the Simplified Procedure Proposal for a loan for reorganization of the national health system, Phase I (PR-2308).

    c.  Memoranda, emails, meeting minutes and any other records and documents from the technical files regarding and including the document entitled "Implantation des Unités Communales de Santé: Plan Strategique" [Implementation of the Community Heath Unions: Strategic Plan].

    d.  Memoranda, emails, meeting minutes and any other records and documents from the technical files regarding and including the "Etude sur l'Organisation et la Prestation de Soins" [Study of the Organization and Provision of Care].

    e.  Memoranda, emails, meeting minutes and any other records and documents from the technical files pertaining to and including the Economic and Financial Analysis report.

    f.  Memoranda, emails, meeting minutes and any other records and documents regarding and including the studies mentioned in the Simplified Procedure Proposal for a loan for reorganization of the national health system, Phase I (PR-2308), "Background Study on Decentralization," and "Unités Communales de Santé Consensus Workshop (December 1996)".

7.  Memoranda, emails, meeting minutes and any other records and documents regarding and including a letter to the Inter-American Development Bank specifying the date of effectiveness of the loan contract, mentioned in Section 6.01(a) of the loan contract (No. 1009/SF-HA).

8.  Memoranda, emails, meeting minutes and any other records and documents from the technical files and implementation files for the water and sanitation loans to Haiti. This should include the following references and documents:

    a.  Memoranda, emails, meeting minutes and any other records and documents prepared by the IDB project team, including PRE/1: Summary Port-de-Paix project feasibility document; PRE/2: Summary Les Cayes project feasibility document; EXE/1: Lease contract for Port-au-Prince and other large urban systems; EXE/3: Program's operating regulations (and the English abstract thereof).

    b.  Memoranda, emails, meeting minutes and any other records and documents prepared by the IDB project team and sector reform unit regarding and including NORPLAN, 1997: Les Cayes potable water and sanitation master-plan and feasibility report.

    c.  Memoranda, emails, meeting minutes and any other records and documents regarding and including TESCULT, 1997: Port-de-Paix potable water and sanitation master-plan and feasibility report.

    d.  Memoranda, emails, meeting minutes and any other records and documents regarding and including Environmental and Social Impact Analysis of the Proposed Inter-American Development Bank potable water and sanitation sector reform and investment program.

    e.  Memoranda, emails, meeting minutes and any other records and documents regarding and including SOPRIN, 1996: Willingness of the Cap-Haïtien population to pay for improved potable water services.

    f.  Memoranda, emails, meeting minutes and any other records and documents regarding and including Paola Agostini's documents for the World Bank entitled "Willingness of the Port-au-Prince population to pay for improved potable water services" (1995).

    g.  Memoranda, emails, meeting minutes and any other records and documents regarding and including files or reports drafted by the Sector Reform Unit. These are mentioned in the Simplified Procedure Proposal for a Loan for a Potable Water and Sanitation Sector Reform and Investment Project (PR-2309), specifically including the Study for Private Sector Participation and any information about the third unnamed city which was the site of a pilot program.

9. Memoranda, emails, meeting minutes and any other records and documents regarding and including the Government of Haiti's Draft Sector Reform Law and any information or correspondence as to whether that proposed legislation has been passed, any proposed changes, and/or any existing contingency plan in case the law did not pass.

The RFK Memorial is a non-profit, public interest organization, organized as a 501(c)(3). This request is made as part of our organization's ongoing pro bono work to promote human rights in Haiti. As such, pursuant to 5 U.S.C. Sec 552(4)(a)(i) and Section 1.7 of the Department of the Treasury's regulations on the disclosure of records under the FOIA, we request a waiver of all fees for this request.

We would like to have the documents as soon as possible. Please forward to us a partial production of any documents as they become available, rather than wait until your search is complete. Please contact me if there is anything else we can do to expedite production of the documents.

If you have any questions about the specific information we are seeking, please contact me at (202) 463-7575 ext. 228.

Thank you for your prompt attention to this matter.

Sincerely,

Monika Kalra Varma
Legal and Program Officer
Robert F. Kennedy Memorial
Center for Human Rights