

# ROBERT F. KENNEDY MEMORIAL

Center for Human Rights • National Youth Project • RFK Book Award • RFK Human Rights Award • RFK Journalism Awards

Mr. Stephen Altheim
Office of Financing Operations
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W. Room 1054
Washington, D.C. 20220

February 3, 2006

Re:   Amended and Restated FOIA Request (#03-09-010)

Dear Mr. Altheim:

This is an amended and restated request for documents pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552. The original requests made by our organization, the Robert F. Kennedy Memorial Center for Human Rights ("RFK Memorial"), were made on August 25, 2003 with an amended request on September 23, 2005. You will note that in the interest of expediting disclosure, the RFK Memorial has significantly reduced the number of documents requested.

Please also find attached RFK Memorial's fee waiver request associated with this FOIA request.

The RFK Memorial hereby requests that the Department of the Treasury and its affiliated government agencies or independent contractors, provide all documents pertaining to loans approved by the Inter-American Development Bank ("IDB") to Haiti in July 1998. Specifically, we request the following (please note that document numbers and references are to IDB documents, unless otherwise specified):

1. Memoranda, meeting minutes and any other records and documents between the U.S. Department of Treasury, and the Inter-American Development Bank, including its Board of Executive Directors, President, and U.S. Executive Director regarding the loans to Haiti which were approved by the IDB in July 1998.

2. Memoranda, meeting minutes and any other records and documents between any agent of the U.S. Department of Treasury, and any agent of the Government of Haiti regarding the IDB loans to Haiti.

3. Memoranda, meeting minutes and any other records and documents between any agent of the U.S. Department of Treasury and any or water and sanitation organization in Haiti which would have benefited from the IDB loan disbursements.

4. Memoranda, meeting minutes and any other records and documents relating to all internal discussions within the U.S. Department of Treasury concerning the IDB loans to Haiti.

5. Memoranda, letters, meeting minutes and any other records and documents relating to discussions between the U.S. Department of Treasury and the IDB, including its President, Board of Executive

Directors, and its U.S. Executive Director regarding the IDB's policies and internal regulations over the loan disbursement to Haiti.

6. Copies of the 1998 signed loan agreements between the Haitian Government and the IDB.

7. Copies of the 1998 loan documents as ratified by the Haitian Government in December 2000.

8. Memoranda, emails, meeting minutes and any other records and documents regarding and including a letter to the Inter-American Development Bank specifying the date of effectiveness of the loan contract, mentioned in Section 6.01(a) of the loan contract (No. 1009/SF-HA).

9. Memoranda, emails, meeting minutes and any other records and documents from the technical files and implementation files for the water and sanitation loans to Haiti. This should include the following references and documents:

    a. Memoranda, meeting minutes and any other records and documents prepared by the IDB project team, including PRE/1: Summary Port-de-Paix project feasibility document; PRE/2: Summary Les Cayes project feasibility document; EXE/1: Lease contract for Port-au-Prince and other large urban systems; EXE/3: Program's operating regulations (and the English abstract thereof).

    b. Memoranda, , meeting minutes and any other records and documents prepared by the IDB project team and sector reform unit regarding and including NORPLAN, 1997: Les Cayes potable water and sanitation master-plan and feasibility report.

    c. Memoranda, meeting minutes and any other records and documents regarding and including TESCULT, 1997: Port-de-Paix potable water and sanitation master-plan and feasibility report.

    d. Memoranda, meeting minutes and any other records and documents regarding and including Environmental and Social Impact Analysis of the Proposed Inter-American Development Bank potable water and sanitation sector reform and investment program.

    e. Memoranda, meeting minutes and any other records and documents regarding and including SOPRIN, 1996: Willingness of the Cap-Haïtien population to pay for improved potable water services.

    f. Memoranda, meeting minutes and any other records and documents regarding and including Paola Agostini's documents for the World Bank entitled "Willingness of the Port-au-Prince population to pay for improved potable water services" (1995).

    g. Memoranda, meeting minutes and any other records and documents regarding and including files or reports drafted by the Sector Reform Unit. These are mentioned in the Simplified Procedure Proposal for a Loan for a Potable Water and Sanitation Sector Reform and Investment Project (PR-2309), specifically including the Study for Private Sector Participation and any information about the third unnamed city which was the site of a pilot program.

Case 1:06-cv-01437-TFH   Document 13-7   Filed 01/31/2007   Page 3 of 3
Case 1:06-cv-01437-RWR   Document 1   Filed 08/15/2006   Page 27 of 35
Exhibit D

10. Memoranda, meeting minutes and any other records and documents regarding and including the Government of Haiti's Draft Sector Reform Law and any information or correspondence as to whether that proposed legislation has been passed, any proposed changes, and/or any existing contingency plan in case the law did not pass.

As originally requested, we would like to have the documents as soon as possible. Please forward to us a partial production of any documents as they become available, rather than wait until your search is complete. Please contact me if there is anything else we can do to expedite production of the documents.

If you have any questions about the specific information we are seeking, please contact me at (202) 463-7575 ext. 228.

Thank you for your prompt attention to this matter.

Sincerely,

Monika Kalra Varma
Program Director
Robert F. Kennedy Memorial
Center for Human Rights