## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert F. Kennedy**<br>**Memorial Center**<br>**For Human Rights,** | )<br>)<br>) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **Civil Action No. 06-1437 (RWR)** |
| **U.S. Dept. of the Treasury** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### NOTICE OF FILING VAUGHN INDEX ON CD-ROM

The Defendant, through counsel, the United States Attorney for the District of Columbia,

notifies the Court and Counsel that Defendant is substituting a paper copy of the Vaughn index with

a copy on CD-ROM in portable document format (pdf), which, as before, consists of documents and

materials well in excess of 500 pages, filed herewith.


Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/


_____
RUDOLPH  CONTRERAS,  D.C. BAR # 434122
Assistant United States Attorney


/s/


_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I hereby certify, on this 1ˢᵗ day of February, 2007, that the foregoing Defendant's Notice of

Filing the <u>Vaughn</u> index on CD-ROM was sent to Counsel for the Plaintiff by the Electronic Court

Filing system and, by first class mail, postage prepaid, together with a duplicate CD-ROM copy of

the <u>Vaughn</u> index, addressed as follows:


Ms. Amy Morton, Esq.
Garvey, Schubert, Barer
Flour Mill Building
Fifth Floor
1000 Potomac Street, NW
Washington, DC 20007-3501


_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334