UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert F. Kennedy Memorial Center For Human Rights,<br><br>       Plaintiff,<br>v.<br><br>U.S. Dept. of the Treasury<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1437 (RWR)<br>)<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF FILING VAUGHN INDEX ON CD-ROM

The Defendant, through counsel, the United States Attorney for the District of Columbia, notifies the Court and Counsel that it is substituting a paper copy of the Vaughn index with a copy on CD-ROM in portable document format (pdf). There are approximately 178 pages to the *Vaughn* index. The CD-ROM was filed on February 1, 2007 and hand delivered to Plaintiff's Counsel on the same day.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

## **AMENDED CERTIFICATE OF SERVICE**

I hereby certify, that on the 1st day of February, 2007, a duplicate CD-ROM copy of the Vaughn index was hand delivered to the following:

Ms. Amy Morton, Esq.
Garvey, Schubert, Barer
Flour Mill Building
Fifth Floor
1000 Potomac Street, NW
Washington, DC 20007-3501

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334