**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT F. KENNEDY MEMORIAL** ) | |
| **CENTER FOR HUMAN RIGHTS,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.06-1437 (TFH)** |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE TREASURY,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO FILE ITS OPPOSITION AND CROSS-MOTION IN RESPONSE TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Robert F. Kennedy Memorial Center for Human Rights, by and through its undersigned attorney, hereby respectfully requests an enlargement of time, up to and including April 6, 2007, to file its opposition and cross-motion in response to Defendant's Motion for Summary Judgment in this FOIA matter.  Pursuant to Rule 1-7(m), Plaintiff has consulted with Defendant United States of America and Defendant, through counsel, consents to this motion.

Pursuant to this Court's Order dated December 21, 2006, Plaintiff was to file its dispositive motion on March 2, 2007.  Plaintiff is requesting an extension of time, until April 6, 2007, to file its opposition and cross-motion in response to Defendant's Motion for Summary Judgment.  Defendant has produced over 4000 pages, the majority of which were produced in late January.  Plaintiff has been reviewing the documents received and the accompanying Vaughn Index but has not been able to complete the task due to the volume of the production and exemptions claimed.

Plaintiff requests the extension to complete its review of the documents produced and meet with the Defendant in an effort to resolve any remaining issues.

This request is made for good cause shown and not to cause undue delay of the proceedings.

Accordingly, Plaintiff requests that it be allowed up to and including April 6, 2007, to file its dispositive motion.

Respectfully Submitted,


/s/ Harold G. Bailey
Harold G. Bailey, Jr. (D.C. Bar 384973)
Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW
Washington, DC 20007

Counsel for Plaintiff
ROBERT F. KENNEDY MEMORIAL
CENTER FOR HUMAN RIGHTS,
1367 Connecticut Avenue, NW
Suite 200
Washington, DC 20036