IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL <br> CENTER FOR HUMAN RIGHTS, <br> <br> Plaintiff, <br> <br> v. <br> <br> UNITED STATES DEPARTMENT <br> OF THE TREASURY, <br> <br> Defendant. | Civil Action No.06-1437 (TFH) |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion for an Enlargement of Time to file its Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment on April 6, 2007, it is this _____ day of March, 2007, hereby

ORDERED, that Plaintiff's Unopposed Motion for an Enlargement of time to file its Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment is GRANTED, and it is

FURTHER ORDERED:

| | |
|---|---|
| Plaintiff's opposition and cross-motion | April 6, 2007 |
| Defendant's opposition and reply is due | May 8, 2007 |
| Plaintiff's reply | May 18, 2007 |

_____
**UNITED STATES DISTRICT JUDGE**