IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL<br>CENTER FOR HUMAN RIGHTS,<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY,<br><br>**Defendant.** | Civil Action No.06-1437 (TFH) |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment on May 21, 2007, it is this _____ day of _____, 2007, hereby

ORDERED, that Plaintiff's Consent Motion for an Enlargement of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment is GRANTED, and it is

FURTHER ORDERED:

| | |
|---|---|
| Defendant's opposition and reply is due | June 21, 2007 |
| Plaintiff's reply | July 2, 2007 |

_____
**UNITED STATES DISTRICT JUDGE**