IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL ) <br> CENTER FOR HUMAN RIGHTS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF THE TREASURY, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No.06-1437 (TFH) |

**CONSENT MOTION FOR SECOND ENLARGEMENT OF TIME FOR
PLAINTIFF TO FILE ITS OPPOSITION AND CROSS-MOTION IN
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Robert F. Kennedy Memorial Center for Human Rights, by its undersigned attorney, respectfully requests additional time, up to and including **July 20, 2007**, to file its cross-motion and response to Defendant's Motion for Summary Judgment in this FOIA matter. Defendant United States of America consents to the relief requested herein.

The Court previously granted Plaintiffs an extension of time up to and including May 21, 2007 so that the parties could work together to resolve certain issues pertaining to Plaintiff's FOIA requests and Defendant's document production. The parties met and conferred and continue to collaborate to resolve outstanding issues. These negotiations, however, are not yet complete. Additionally, Defendant has determined that its search for responsive documents may not be complete. For these reasons, Plaintiffs, with Defendant's consent, respectfully request the Court grant a two-month extension of time to allow the parties to try to work out open items and to allow Defendant additional time to complete its search.

Plaintiff has informed Defendant that it requires all documents responsive to its FOIA request to be produced no later than July, 20, 2007. Defendant has informed Plaintiff that it will try to complete its search and produce any additional responsive documents that are located by Plaintiff's deadline. Defendant, however, has also informed Plaintiff that it may not be able to meet Plaintiff's deadline due to certain administrative constraints.

Notwithstanding the above, the parties agree that at least some additional time through and including **July 20, 2007** would facilitate the efficient resolution of the above-mentioned issues and this FOIA case.

WHEREFORE, Plaintiff respectfully requests that its Consent Motion for an Enlargement of Time to File Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment be granted.

Respectfully Submitted,

/s/ Harold G. Bailey
Harold G. Bailey, Jr. (D.C. Bar 384973)
Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW
Washington, DC 20007

Counsel for Plaintiff
ROBERT F. KENNEDY MEMORIAL
CENTER FOR HUMAN RIGHTS,
1367 Connecticut Avenue, NW
Suite 200
Washington, DC 20036