IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIGHTS,<br><br>      **Plaintiff,**<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>      **Defendant.** | Civil Action No.06-1437 (TFH) |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for a Second Enlargement of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment on July 20, 2007, it is this _____ day of _____, 2007, hereby:

ORDERED, that Plaintiff's Consent Motion for a Second Enlargement of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment is GRANTED, and it is

FURTHER ORDERED:

    Defendant's opposition and reply is due        August 21, 2007

    Plaintiff's reply        September 19, 2007

_____
**UNITED STATES DISTRICT JUDGE**