IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL<br>CENTER FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY,<br><br>Defendant. | Civil Action No.06-1437 (TFH) |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for a Third Enlargement of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment on August 31, 2007, it is this _____ day of _____, 2007, hereby:

ORDERED, that Plaintiff's Consent Motion for a Third Enlargement of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment is GRANTED, and it is

FURTHER ORDERED:

    Defendant's opposition and reply is due      October 1, 2007

    Plaintiff's reply      October 15, 2007

_____
**UNITED STATES DISTRICT JUDGE**