**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIGHTS,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| **v.** ) | **Civil Action No.06-1437 (TFH)** |
| )<br>**UNITED STATES DEPARTMENT OF THE TREASURY,** )<br>)<br>) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR
PLAINTIFF TO FILE ITS OPPOSITION AND CROSS-MOTION IN
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Robert F. Kennedy Memorial Center for Human Rights, by its undersigned attorney, respectfully requests additional time, up to and including September 10, 2007, to file its cross-motion and response to Defendant's Motion for Summary Judgment in this FOIA matter. Defendant United States of America consents to the relief requested herein.

The parties have held several settlement conferences, and have been working together to resolve certain issues pertaining to documents and information produced by Defendant without the intervention of the Court. The parties believe that they are close settling the case and agree that additional time requested herein is necessary to accomplish this purpose.

///

WHEREFORE, Plaintiff respectfully requests that its Consent Motion for an Extension of Time to File Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment be granted.

Respectfully Submitted,

/s/ Harold G. Bailey
Harold G. Bailey, Jr. (D.C. Bar 384973)
Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW
Washington, DC 20007

Counsel for Plaintiff
ROBERT F. KENNEDY MEMORIAL
CENTER FOR HUMAN RIGHTS,
1367 Connecticut Avenue, NW
Suite 200
Washington, DC 20036