IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL<br>CENTER FOR HUMAN RIGHTS,<br><br>      **Plaintiff,**<br><br>      v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY,<br><br>      **Defendant.** | Civil Action No.06-1437 (TFH) |

**MOTION FOR AN EXTENSION OF TIME FOR
PLAINTIFF TO FILE ITS OPPOSITION AND CROSS-MOTION IN
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Robert F. Kennedy Memorial Center for Human Rights, by its undersigned attorney, respectfully requests additional time, up to and including September 31, 2007, to file its cross-motion and response to Defendant's Motion for Summary Judgment in this FOIA matter.

The parties have held several settlement conferences, and have been working together to resolve certain issues pertaining to documents and information produced by Defendant without the intervention of the Court. The parties believe that they are close settling this case. Plaintiff's counsel recently filed a consent motion for an extension of time up to and including September 10, 2007. The parties believed that this was all the time that would be needed to conclude this case; however, unforeseen circumstances have arisen that necessitate Plaintiff's need to request another short extension.

On Friday, September 7, 2007, Plaintiff's counsel called Defendant's counsel to discuss the September 10, 2007 deadline the pending settlement of the case. Plaintiff's counsel was informed

that Defendant's counsel was not available due to an emergency and that more information would be forthcoming.  Plaintiff is confident that the parties will settle this case shortly and are require another short extension to contact Defendant's counsel and address the last remaining matters pertaining to settlement.

WHEREFORE, Plaintiff respectfully requests that its Motion for an Extension of Time to File Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment be granted.

Respectfully Submitted,

/s/ Harold G. Bailey
Harold G. Bailey, Jr. (D.C. Bar 384973)
Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW
Washington, DC 20007

Counsel for Plaintiff
ROBERT F. KENNEDY MEMORIAL
CENTER FOR HUMAN RIGHTS,
1367 Connecticut Avenue, NW
Suite 200
Washington, DC 20036