IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL ) <br> CENTER FOR HUMAN RIGHTS, ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF THE TREASURY, ) <br> ) <br> ) <br> **Defendant.** ) <br> _____ ) | Civil Action No.06-1437 (TFH) |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Extension of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment on September 31, 2007, it is this _____ day of _____, 2007, hereby:

ORDERED, that Plaintiff's Motion for an Extension of Time to file Plaintiff's Opposition and Cross-Motion in Response to Defendant's Motion for Summary Judgment is GRANTED, and it is

FURTHER ORDERED:

| | |
|---|---|
| Defendant's opposition and reply is due | October 31, 2007 |
| Plaintiff's reply | November 12, 2007 |

_____
**UNITED STATES DISTRICT JUDGE**