IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 06-1437 (TFH) |

**STIPULATION FOR DISMISSAL**

Plaintiff and Defendant Stipulate that the above-captioned case be dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii). This stipulation is being signed by all parties who have appeared in this action.

By signing this document, we acknowledge that there are no remaining claims or parties.

///

Dated: September 28, 2007

Respectfully submitted,

| | |
|---|---|
| /s/  Harold G. Bailey, Jr. | /s/  Jeffrey A. Taylor |
| Harold G. Bailey, Jr. (D.C. Bar No. 384973) | Jeffrey A. Taylor (D.C. Bar No. 498610) |
| | United States Attorney |
| /s/  Robert A. W. Boraks | |
| Robert A.W. Boraks | /s/  Rudolph Contreras |
| | Rudolph Contreras (D.C. Bar No. 434122) |
| Garvey Schubert Barer | Assistant United States Attorney |
| 1000 Potomac Street, NW | |
| Washington, D.C. 20008 | /s/  Heather Graham-Oliver |
| Tel:  (202) 965-7880 | Heather Graham-Oliver |
| Fax: (202) 965-1729 | Assistant United States Attorney |
| | |
| Counsel for Plaintiff | Judiciary Center Building |
| ROBERT F. KENNEDY MEMORIAL | 555 4th Street, NW – Civil Division |
| CENTER FOR HUMAN RIGHTS | Room 4-4808 |
| | Washington, D.C. 20530 |
| | Tel: (202) 305-1334 |
| | |
| | Counsel for Defendant |
| | UNITED STATES DEPARTMENT |
| | OF THE TREASURY |