**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT F. KENNEDY MEMORIAL CENTER FOR HUMAN RIGHTS,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **Civil Action No.06-1437 (TFH)**<br>) |
| **UNITED STATES DEPARTMENT OF THE TREASURY,** | )<br>)<br>) |
| **Defendant.** | ) |

## PROPOSED ORDER

UPON CONSIDERATION of the parties' Stipulation for Dismissal on September 28, 2007, it is this _____ day of _____, 2007, hereby:

ORDERED, that the above-captioned case be dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

_____
**UNITED STATES DISTRICT JUDGE**