IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT F. KENNEDY MEMORIAL )
CENTER FOR HUMAN RIGHTS, )
                          )
                          )
        Plaintiff,        )
                          )
    v.                    )       Civil Action No.06-1437 (TFH)
                          )
UNITED STATES DEPARTMENT  )
OF THE TREASURY,          )
                          )
                          )
        Defendant.        )
_____)

## PROPOSED ORDER

UPON CONSIDERATION of the parties' Stipulation for Dismissal on September 28, 2007, it is this 2 day of October, 2007, hereby:

ORDERED, that the above-captioned case be dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

_____
UNITED STATES DISTRICT JUDGE